FILED
2009 Jun-24  PM 04:04
U.S. DISTRICT COURT
N.D. OF ALABAMA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
EASTERN DIVISION

BENJAMIN L. ROBERSON )
)
vs. ) Case No. 1:09-cv-08001-LSC-HGD
)
UNITED STATES OF AMERICA )

**O R D E R**

On June 9, 2009, the magistrate judge's report and recommendation was entered and the parties were allowed therein eleven (11) days in which to file objections to the recommendations made by the magistrate judge. On June 15, 2009, petitioner filed objections to the magistrate judge's report and recommendation.

After careful consideration of the record in this case and the magistrate judge's report and recommendation and the petitioner's objections thereto, the court hereby ADOPTS the report of the magistrate judge. The court further ACCEPTS the recommendations of the magistrate judge and it is therefore

ORDERED, ADJUDGED and DECREED that the Motion to Vacate, Set Aside or Correct Sentence, filed pursuant to 28 U.S.C. § 2255, is due to be and is hereby DENIED and this action DISMISSED.

Done this 24th day of June 2009.

_____
L. SCOTT COOGLER
UNITED STATES DISTRICT JUDGE
153671